# RETURN OF SERVICE ON AN INDIVIDUAL, IN PERSON

Cause Number  6:21-cv-1276-PGB-GJK

| | |
|---|---|
| Case Name | **Heidi Reed v. Complete Credit Solutions, Inc.** |

| | | | |
|---|---|---|---|
| Court: | United States District Court | Of | Middle District of Florida |

| | | | |
|---|---|---|---|
| Date and Time of Receipt of Documents: | 2/9/2022 | at | 11:18:00 AM |

| | | | |
|---|---|---|---|
| Date and Time Delivered to Defendant: | 2/14/2022 | at | 4:35:00 PM |

| | |
|---|---|
| Defendant: | William C. Edwards, R/A, Complete Credit Solutions |

| | |
|---|---|
| Stated Address (Place of Delivery): | 2921 Brown Tr Ste 100, Bedford, Tx, 76021 |

**Specified Documents:** A true copy of the citation with date of delivery endorsed thereon with a true copy of the following documents attached thereto:

Summons in a Civil Action; Complaint

**Method of Service:** Personally, by delivering to Defendant, at the stated address.

I am certified under order of Texas Supreme Court to serve process, including citations in Texas. I am not a party to or interested in the outcome of this suit. My identification number and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated above. All statements made herein are true. This return is verified or is signed under penalty of perjury.

My Full Name Is:   Martin Jesse Miller

My Address Is:  9705 Hathman Ln, Keller, Tx, 76244

My Server Identification Number Is:   PSC-14157          Certification Expires:   3/31/2022

I Declare under penalty of perjury that the foregoing, including the Return of Service, is true and correct.

Executed in Tarrant County, Texas, USA on   15 February, 2022



_____, Declarant (Signature)

*DFW220209002*

DFWTPS Invoice #   DFW220209002