UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HEIDI REED,**

      **Plaintiff,**

v.                                      Case No: 6:21-cv-1276-PGB-RMN

**COMPLETE CREDIT
SOLUTIONS, INC.,**

      **Defendant.**
_____/

## ORDER

This cause comes before the Court on Plaintiff's Corrected Motion for Attorney's Fees and Costs. (Doc. 70 (the "**Motion**")). Upon consideration of the parties' memoranda (Docs. 70, 72, 76), Magistrate Judge Robert M. Norway submitted a Report and Recommendation recommending the Motion be granted in part and denied in part. (Doc. 77 (the "**Report**")).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report.

Therefore, it is **ORDERED** as follows:

1. The Report, filed February 8, 2024 (Doc. 77), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion (Doc. 70) is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff is awarded $13,140.60 in attorney's fees and $467.00 in costs, for a total amount of $13,607.60.

**DONE AND ORDERED** in Orlando, Florida on February 23, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties